IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIENNE ESCOBAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY SERVICES, LLC | : : | NO. 17-4212 |

## ORDER

**AND NOW**, this 10th day of April, 2018, upon consideration of Defendant's Motion to Dismiss (Docket No. 5) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.